UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOSEPH RICHARD-ANTONIO,

                                   Petitioner,

                    -against-                                    12 Civ. 5174 (LAK)

ELIZABETH A. O'MEARA,

                                   Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

            Petitioner was convicted in the New York Supreme Court on April 7, 2010 of criminal
possession of a weapon in the third degree, criminal possession of a forged instrument in the second degree,
and unlicensed driving.  He was sentenced, as a second felony offender, to an indeterminate prison term of
3 ½ to 7 years on the weapons and forged instrument counts and to time served on the unlicensed driving
counts.  His appeal to the Appellate Division, First Department, remains pending and is unlikely to be heard
before February 2014.  On May 6, 2011, he filed a petition for a writ of habeas corpus in this Court, which
was dismissed because he had not yet perfected his appeal to the Appellate Division.  *Richards v. Fischer,*
11 Civ. 3340 (DAB) (S.D.N.Y. May 6, 2011).  Petitioner on July 2, 2012, filed the present petition for a writ
of habeas corpus.  The petition alleges, *inter alia,* that he did so "sui juris, of the Joseph Family, in [His]
capacity as the Secured Party/Creditor, Sovereign American, Holder-In_Due_Course, trade Name/Copyright
Owner, Record Owner, Internationally Protected Man upon the soil of New York, and beneficiary of the
Original Jurisdiction."  DI 41.

            Magistrate Judge Sarah Netburn, to whom this petition was referred, has filed a report and
recommendation recommending that this petition be denied without prejudice on the ground that petitioner
has not exhausted his state court remedies, notably the pending appeal to the First Department.  Petitioner
objects.

            The Court has considered the objections and found them to be without merit.  The petition
is denied without prejudice to the filing of a new petition after petitioner has exhausted his state remedies.
A certificate of appealability is denied, and the Court certifies that any appeal herefrom would not be taken
in good faith within the meaning of 28 U.S.C. §1915(a)(3).

            SO ORDERED.

Dated:          September 12, 2013

                                                    Lewis A. Kaplan
                                                    United States District Judge